```
                                    FILED
                                    JUN 27 2014
                                    RICHARD W. WIEKING
                                    CLERK, U.S. DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
                                    SAN JOSE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO J. GARCIA,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>FRED FOULK, Warden,<br><br>　　　　　　　　　Respondent. | Case No. 13-cv-05237-BLF (PR)<br><br>[PROPOSED] ORDER |

　　GOOD CAUSE APPEARING, it is hereby ordered that the time within which respondent is to respond to the Order to Show Cause filed March 21, 2014, and provide the state court record, will be extended to August 18, 2014. If petitioner wishes to file a traverse, he shall do so within 30 days of service of the response.

Dated: June 27, 2014

_____
The Honorable Beth Labson Freeman